IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:23-cv-00436-JRG |
| **SMOOTHIE KING FRANCHISEES, INC.,** | § § § | |
| *Defendant.* | § § | |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to the Court's Standing Order, Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Smoothie King Franchises, Inc. ("Defendant") together submit this Joint Motion to Stay all Deadlines and Notice of Settlement. All matters in controversy between the parties have settled in principle with a Settlement Agreement executed on November 30, 2023.  Accordingly, the parties jointly move the Court to stay the above-captioned case, including staying the entry of a Docket Control Order, for thirty (30) days to allow time for payment before the appropriate dismissal papers are submitted.

Respectfully submitted on November 30, 2023.

| | |
|---|---|
| */s/ Eric Pinker, P.C.* | */s/ Christopher A. Honea* |
| Eric Pinker, P.C | Christopher A. Honea |
| Texas State Bar No. 16016550 | Texas Bar No. 24059967 |
| epinker@lynnllp.com | chonea@ghiplaw.com |
| Greg Brassfield | M. Scott Fuller |
| Texas State Bar No. 24079900 | Texas Bar No. 24036607 |
| gbrassfield@lynnllp.com | rgarteiser@ghiplaw.com |
| **LYNN PINKER HURST & SCHWEGMANN, LLP** | **GARTEISER HONEA, PLLC** |
| 2100 Ross Avenue, Suite 2700 | 119 W. Ferguson Street |
| Dallas, Texas 75201 | Tyler, Texas 75702 |
| Telephone: 214-981-3800 | Telephone: 903-705-7420 |
| Facsimile: 214-981-3839 | Facsimile: 903-405-3999 |
| | |
| **ATTORNEYS FOR DEFENDANT SMOOTHIE KING FRANCHISEES, INC.** | **COUNSEL FOR PLAINTIFF SYMBOLOGY INNOVATIONS, LLC** |

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that all parties have met and conferred and that this Joint Motion is agreed.

*/s/ Eric Pinker, P.C.*
Eric Pinker, P.C

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on November 30, 2023, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

*/s/ Eric Pinker, P.C.*
Eric Pinker, P.C.