THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br>Plaintiff<br><br>v.<br><br>**SMOOTHIE KING FRANCHISEES, INC.**<br>Defendant. | Case No. 2:23-cv-00436-JRG |

### JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Smoothie King Franchises, Inc. ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated:   December 6, 2023

*/s/ Christopher A. Honea*
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: 903-705-7420
Facsimile: 903-405-3999

*/s/ Eric Pinker, P.C.*
Eric Pinker, P.C
Texas State Bar No. 16016550
epinker@lynnllp.com
Greg Brassfield
Texas State Bar No. 24079900
gbrassfield@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800

|  |  |
|---|---|
| **ATTORNEYS FOR PLAINTIFF** | Facsimile: 214-981-3839<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy has been electronically filed using the CM/ECF filing system on December 6, 2023, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

                          */s/ Christopher A. Honea*
                          Christopher A. Honea