IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00436-JRG |
| | § | |
| SMOOTHIE KING FRANCHISEES, INC., | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Joint Stipulation of Dismissal of All Claims With Prejudice (the "Stipulation") filed jointly by Plaintiff and Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 9.) In the Stipulation, the parties stipulate to dismiss "[a]ll claims asserted by Plaintiff in the above-captioned action … with prejudice." (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Dec 8, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE